[No. 31974-4-I.   Division One.   November 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-04922-0, Richard M. Ishikawa, J., entered November 12, 1992. *Reversed* by unpublished per curiam opinion.

[No. 32571-0-I.   Division One.   November 8, 1993.]

KENNETH T. MILLER, ET AL, *Appellants*, v. EBASCO CONSTRUCTORS, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-24971-7, Liem E. Tuai, J., entered March 11, 1993. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Baker, JJ.

[No. 29128-9-I.   Division One.   November 8, 1993.]

ROBERT JOHNSON PEPPER, ET AL, *Appellants*, v. J.J. WELCOME CONSTRUCTION COMPANY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-23658-9, Richard M. Ishikawa, J., entered August 5, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Webster, C.J., concurred in by Grosse and Agid, JJ.
Withdrawn February 8, 1994.